IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**DONNA PYLE**                                                                       **PLAINTIFF**

V.                                NO. 3:08-CV-174 (WRW)

**WAL-MART**                                                       **DEFENDANT**

## STIPULATION OF DISMISSAL WITH PREJUDICE

It is stipulated and agreed by and between the parties in the above-styled case that pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, the above-styled cause of action should be dismissed with prejudice, each party to bear her and its own costs and fees.

Dated this 30th day of July, 2009.

_____
UNITED STATES DISTRICT JUDGE

X _Donna Pyle_
**Donna Pyle**, *pro se*
13875 Old Military Lane
Harrisburg, AR 72432

_____
**Kathlyn Graves**
Ark. Bar No. 76045
**Jeffrey L. Spillyards**
Ark. Bar No. 2004159

MITCHELL, WILLIAMS, SELIG, GATES &
WOODYARD, P.L.L.C.
425 West Capitol Avenue, Suite 1800
Little Rock, AR 72201
Phone: 501-688-8800
Fax: 501-688-8807
*Attorneys for Defendant*